No. —, original. Ex parte Edd. Potter;
No. —, original. Ex parte Ralph Mark; and
No. —, original. Ex parte Lloyd Rubin. May 29, 1939. Motions for leave to file petitions for writs of habeas corpus denied.

No. —, original. Ex parte Harmon Metz Waley. May 29, 1939. Application denied.

No. —. United States *v.* Nardone et al. May 29, 1939. Motion for bail denied.

No. 738. Gump *v.* California et al. May 29, 1939. Motion to vacate the order of denial and to reconsider the petition for writ of certiorari as amended denied. *Edgar Roy Gump, pro se.* No appearance for respondents.